# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Tamara Reed | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:17-cv-304 |
| Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Joint Motion to Remand to the Commissioner is ACCEPTED; Judgment in Plaintiff's favor; matter REMANDED to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further; case is terminated on the docket of this Court.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Sharon L. Ovington on a motion for Remand

Date: 3/7/2018

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk